IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Case No.: 1:24-cv-22055-RKA

ANTONIO CASTILLO, *et. al.*

    *Plaintiffs,*

v.

SHOMA GROUP, LLC, *et. al.*

    *Defendants.*

_____/

### NOTICE OF SETTLEMENT OF CLASS AND COLLECTIVE ACTION CLAIMS

Plaintiffs and Defendants hereby notify the Court that they have reached a settlement of the class and collective action wage and hour claims in this matter. The Parties anticipate that it will take them thirty (30) days to prepare the settlement documentation as well as the motion for preliminary approval and necessary notice and claims forms to be sent to the class. The parties have not resolved the individual retaliation claims of some of the Plaintiffs and so in conjunction with this settlement, the parties intend to file within the next ten (10) days a motion to sever the retaliation claims so that those claims can move forward in a separate lawsuit.

The Parties request that the Discovery Status Conference scheduled for May 21, 2025 be cancelled.

| Dated: May 16, 2025. | Respectfully submitted, |
|---|---|
| By:/s/ *Andres F. Vidales* | By: */s/Steven A. Siegel* |
|     Andres F. Vidales, Esq. |     Steven A. Siegel |
|     Florida Bar No.: 1041185 |     Fla. Bar No. 497274 |
|     **VIDALES LAW** |     ssiegel@fisherphillips.com |
|     121 Alhambra Plaza, Suite 1000 |     FISHER & PHILLIPS LLP |
|     Coral Gables, FL 33134 |     201 East Las Olas Boulevard |
|     Tel: (305) 537-6582 |     Suite 1700 |
|     Fax: (786) 551-4166 |     Fort Lauderdale, Florida 33301 |
|     afv@vidaleslaw.com |     Telephone: (954) 525-4800 |
|     *Attorney for Plaintiffs* |     *Attorneys for Defendant* |