UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-cv-22055-ALTMAN/Lett

**ANTONIO CASTILLO,** *et al.*,

    *Plaintiffs*,

*v.*

**SHOMA GROUP, LLC,** *d/b/a*
**SHOMA BAZAAR**, *et al.*,

    *Defendants*.
_____/

## ORDER

The parties have filed a Notice of Settlement [ECF No. 56], telling us that they have resolved "the class and collective action wage and hour claims in this matter." *Id.* at 1. The parties "have not resolved the individual retaliation claims of some of the Plaintiffs," but they intend to "sever the retaliation claims so those claims can move forward in a separate lawsuit." *Ibid.* Accordingly, we hereby **ORDER and ADJUDGE** as follows:

1. The Clerk of Court is directed to **CLOSE** this case without prejudice to the parties to file a stipulation of dismissal by **June 23, 2025**.

2. If the parties fail to complete the expected settlement, any party may ask the Court to reopen the case.

3. The parties shall file their proposed motion to sever by **May 30, 2025**.

4. All pending deadlines and hearings are **TERMINATED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in the Southern District of Florida on May 20, 2025.

_____
**ROY K. ALTMAN
UNITED STATES DISTRICT JUDGE**

cc:   counsel of record